# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DARLENE BENNETT,** | * | |
| Plaintiff, | * | |
| v. | * | Civ. No. DLB-22-2972 |
| **GINA RAIMONDO,** | * | |
| **SECRETARY, UNITED STATES** | | |
| **DEPARTMENT OF COMMERCE** | * | |
| Defendant. | * | |

## ORDER

For the reasons stated in the memorandum opinion issued today, it is this 31st day of March, 2024 hereby ORDERED:

1. The defendant's motion for summary judgment, ECF 18, is GRANTED;

2. The MSPB's June 29, 2022 Final Order is AFFIRMED;

3. Judgment on the plaintiff's Title VII retaliation claim is ENTERED in favor of the defendant;

4. The Clerk SHALL MAIL a copy of the accompanying memorandum opinion and this Order to Darlene Bennett; and

5. The Clerk SHALL CLOSE this case.

Deborah L. Boardman
United States District Judge